Farzad Rastegar (State Bar #155555)
farzad@rastegarlawgroup.com
Douglas W. Perlman (State Bar 167203)
douglas@rastegarlawgroup.com
**RASTEGAR LAW GROUP, A.P.C.**
22760 Hawthorne Boulevard, Suite 200
Torrance, California 90505
Tel. (310) 961-9600
Fax. (310) 961-9094

Attorneys for Plaintiff Brenda Arguelles,
Individually, and on behalf of all other similarly situated
Current and former employees of Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ARGUELLES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>MARIA VILLALOBOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:18-cv-01729-MCE-KJN<br><br>[*Related case Case No. 2:15-cv-02366-MCE-KJN*]<br><br>[Before the Honorable Morrison C. England, Jr. Crtm. 7]<br><br>**ORDER CONSOLIDATING CASES AND REMANDING TO STATE COURT** |

ORDER

For good cause shown, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs in the above-captioned cases, *Arguelles, et al., vs. Hospitality Staffing Solutions*, Case No. 2:18-cv-01729-MCE-KJN, and *Villalobos, et al., vs. Hospitality Staffing Solutions*, Case No. 2:15-cv-02366-MCE-KJN, are hereby authorized to file a Consolidated Class Action Complaint; and,

2. Following the filing of the Consolidated Class Action Complaint, the consolidated action shall be remanded to the Superior Court of the State of California, for the County of San Diego. The clerk shall take steps to remand this action to the San Diego County Superior Court. This Court VACATES all pending matters and dates set before this Court. The Court has been informed that all parties have reached an agreement resolving the action in its entirety, and intend to seek court approval of the settlement and final judgment in the Superior Court. Should these efforts fail and judgment not be entered, or not become final, upon the stipulation of the parties, or upon motion by one or more parties, this Court will resume jurisdiction over the consolidated action.

IT IS SO ORDERED.

Dated: December 21, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE